```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14006
   DANIEL M NOONE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3984


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/03/2007 and was not confirmed.

    The case was dismissed without confirmation 11/08/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

WILSHIRE CREDIT CORPORAT  CURRENT MORTG          .00           .00            .00
UMLI/UM CAPITAL LLC       CURRENT MORTG          .00           .00            .00
UMLI/UM CAPITAL LLC       MORTGAGE ARRE    30000.00           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY          1575.98           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         20836.70           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED          .00            .00
ARMOR SYSTEMS CO          UNSECURED            50.00          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           822.35          .00            .00
CAPITAL ONE               UNSECURED          1498.28          .00            .00
COLLECTION                UNSECURED        NOT FILED          .00            .00
DEPENDON COLLECTION       UNSECURED        NOT FILED          .00            .00
IC SYSTEM                 UNSECURED           125.00          .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED          .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
WEST ASSET MANAGEMENT     UNSECURED        NOT FILED          .00            .00
WILSHIRE CREDIT CORPORAT  SECURED NOT I     8785.22           .00            .00
ILLINOIS DEPT OF REV      UNSECURED          155.30           .00            .00
DEVONA & HOUGH            DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                        4,900.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                              4,900.00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                            4,900.00
                                 --------------     --------------
TOTALS                               4,900.00            4,900.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14006 DANIEL M NOONE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE